IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTONIO MATOS, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC. , et al., <br><br> Defendants. | CIVIL ACTION <br><br> NO. 23-5038-KSM |

## ORDER

**AND NOW**, this 28th day of June 2024, upon consideration of Defendants Rasier, LLC, Rasier-PA, LLC, and Uber Technologies, Inc.'s Motion to Dismiss (Doc. No. 5), responses thereto (Doc. No. 6), Plaintiff's Motion to Remand (Doc. No. 7), and responses thereto (Doc. No. 9), following oral argument on both motions (Doc. No. 12), and for the reasons set forth in the accompanying memorandum, it is **ORDERED** as follows:

1. Defendants Rasier, LLC, Rasier-PA, LLC, and Uber Technologies, Inc.'s Motion to Dismiss (Doc. No. 5) is **GRANTED**. Plaintiff's claims for assault, battery, and intentional infliction of emotional distress (Counts I, II, and III) are **DISMISSED WITH PREJUDICE** as to these Defendants.[1] Plaintiff's claims for negligent hiring, training, and supervision (Count IV) are **DISMISSED WITHOUT PREJUDICE** as to these Defendants.

2. Plaintiff's Motion to Remand (Doc. No. 7) is **DENIED.**

---

[1] At oral argument, Plaintiff informed the Court that he would be withdrawing Counts I, II, and III against these Defendants. (June 10, 2024 Hr'g Draft Tr. at 26:10–27:11.)

3. If Plaintiff seeks to file an amended complaint in this matter, he shall do so no later than **Monday, July 29, 2024.**

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.