IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTONIO MATOS**, <br><br> Plaintiff, <br><br> v. <br><br> **UBER TECHNOLOGIES, INC., et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 23-5038-KSM** |

### ORDER

**AND NOW**, this 3rd day of February, 2025, upon consideration of Defendants Rasier, LLC, Rasier-PA, LLC, and Uber Technologies, Inc.'s motion to dismiss (Doc. No. 19) and Plaintiff's response (Doc. No. 20), and following oral argument on the motion (Doc. No. 21), it is **ORDERED** that Defendants' motion is **GRANTED** for the reasons set forth in the accompanying memorandum.  Plaintiff's claims for negligent hiring, training, and supervision (Count IV) are **DISMISSED WITH PREJUDICE** as to these Defendants.

**IT IS FURTHER ORDERED** that Plaintiff must request an entry of default from the Clerk of Court no later than **Monday, February 10, 2025**.[1]  Failure to comply with this Order will result in Plaintiff's case being dismissed without further notice for failure to prosecute.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.

---

[1] At the oral argument held on June 10, 2024, Plaintiff's counsel said he intended to request an entry of default from the Clerk of Court against Mr. Holloway.  (June 10, 2024 Hr'g Draft Tr. at 16:21–17:10.)  As of the date of this Order, Plaintiff has still not done so.